AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ESMERALDA ESPINAL-FIGUEROA | ) |
| *Plaintiff* | ) |
| v. | ) |
| ROBERT MARKOVICS, et al. | ) |
| *Defendant* | ) |

Civil Action No.  25-cv-406 (JAM)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒  other:  The jury reached a verdict in favor of Defendants and against Plaintiff.  The case is dismissed on the merits and Plaintiff recovers nothing from Defendants.                                                                                  .

This action was *(check one)*:

☑  tried by a jury with Judge  Joseph A. Marutollo _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____ on a motion for                                                                                  .

Date:  03/25/2026 _____

CLERK OF COURT

_____
*Esther Glasgow*
*Signature of Clerk or Deputy Clerk*